UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LILLIAN THERESA RUYLE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:10CV880 CDP |
| ) | |
| FIDELITY NATIONAL TITLE ) | |
| INS. CO., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This case was recently reassigned to me and is before me on my review of the file. Plaintiffs have filed a motion for partial summary judgment, but because plaintiffs' complaint is 86 pages long, confusing, and full of irrelevancies, the Court cannot determine whether the facts alleged in the summary judgment motion are even material to plaintiffs' complaint. Therefore, the motion will be denied without prejudice at this time. Defendant has filed a motion to strike and/or dismiss plaintiffs' complaint for failure to comply with Rule 8 of the Federal Rules of Civil Procedure. I will grant plaintiffs until Tuesday, June 1, 2010 to file a response to defendant's motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion for partial summary

judgment [#11] is denied without prejudice.

**IT IS FURTHER ORDERED** that plaintiffs' shall file a response to defendant's motion to strike by Tuesday, June 1, 2010.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of May, 2010.