UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LILLIAN THERESA RUYLE, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:10CV880 CDP |
| FIDELITY NATIONAL TITLE INS. CO., | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before me on my review of plaintiffs' motion to strike defendant's motion to strike. In the memorandum in support of their motion, plaintiffs indicate that they intend to amend their complaint by June 11, 2010.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs shall file an amended complaint by no later than **June 11, 2010.**

**IT IS FURTHER ORDERED** that defendant's motion to strike and/or dismiss [#14] and plaintiff's motion to strike defendant's motion to strike [#19] are denied as moot.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of June, 2010.