UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LILLIAN THERESA RUYLE, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 4:10CV880 CDP ) |
| FIDELITY NATIONAL TITLE INS. CO., | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion to compel [#48] is denied without prejudice for failure to comply with Local Rule 37-3.04.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of February, 2011.