UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LILLIAN THERESA RUYLE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:10CV880 CDP |
| | ) |
| FIDELITY NATIONAL TITLE | ) |
| INS. CO., | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

This matter is before me on defendant's motion to quash subpoena duces tecum issued to Paul Cozzi and Fidelity National Title Insurance Group. The Court having been advised that the deposition has already taken place and that the witness identified specific documents in his deposition,

**IT IS HEREBY ORDERED** that defendant's motion to quash [#58] is denied without prejudice to another motion addressing the issues of document production being filed, but only if the parties are first unable to resolve it on their own. See Local Rule 37-3.04.

**IT IS FURTHER ORDERED** that the motion for extension of time

[#59] is denied as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of June, 2011.